William A. Sweet, Respondent, v. Edmund Merry, as Survivor, etc., Appellant. — Judgment and order affirmed, with costs.

Eben R. Waite and others, Respondents, v. The New York Central and Hudson River Railroad Company, Appellant. — Judgment and order affirmed, with costs.

Dennis Burns, Respondent, v. Henry Winchell, Appellant. — Judgment and order reversed, and new trial ordered in the Onondaga County Court, with costs to abide the event. Followed Wright v. Bank of Metropolis. — Manuscript opinion of Hardin, P. J., January Term, 1885.

Christine L. Palmer, Appellant, v. Eliza J. Jones and others, Respondents. — Judgment modified by striking therefrom the words " on the merits of said action," and as modified affirmed, without costs of the appeal to either party.

Mary F. Murphy, Appellant, v. Eliza J. Jones and others, Respondents. — Judgment modified by striking therefrom the words "on the merits in said action," and as modified affirmed, without costs of the appeal to either party.

The People of the State of New York, Respondent, v. Michael Callahan and others, Appellants. — Judgment affirmed, with costs.

Mary Ann Blashfield, as Administratrix, Respondent, v. H. Wilson Blashfield, Appellant. — Judgment and order affirmed, with costs.

Oliver Porter, Appellant, v. Harlow O. Northwick, Respondent. — Judgment of the County Court of Cortland county affirmed, with costs.

Henry R. Kenyon, Respondent, v. John K. Follett, Appellant. — Judgment and order affirmed, with costs.

Eugene K. Woolever, Respondent, v. The Utica, Ithaca and Elmira Railroad Company, Appellant. — Judgment and order affirmed, with costs.

Theodore J. Scharfenburg, Appellant,. v. Edwin F. Smith, Respondent. — Judgment affirmed, with costs.

Chauncey B. Hodges, Respondent, v. Adolphe Raux, Appellant. — Judgment and order of the County Court of Oneida county affirmed, with costs.

George D. Lord and others, Respondents, v. Spencer D. Richardson and others, Appellants. — Order modified so as to permit the defendants to make the new motion upon fresh proof to vacate the attachment, and as modified affirmed, with ten dollars costs and disbursements. Opinion by Follett, J.

Eben D. Jordan and others, Respondents, v. Spencer D. Richardson and others, Appellants. — Order vacating the attachment reversed, with ten dollars costs and disbursements, and motion to vacate attachment denied, with ten dollars costs. Opinion by Follett, J.

Harriet M. Wilson and another, Plaintiffs, v. Lora Cummings and others, Defendants. — Order affirmed, with ten dollars costs and disbursements. Opinion by Kennedy, J.

John F. Walter, Respondent, v. The Haberle Brewing Company, Appellant. — Judgment affirmed, with costs. Opinion by Hardin, P. J.; Kennedy, J., not sitting.

In the Matter of the Application of the Stamford Water Company, Respondents, to acquire certain property of Herbert Stanley and another, Appellants. — Order appointing commissioners affirmed, without costs. Opinion by Kennedy, J.

Wilbur S. Peck and others, Respondents, v. Isaac P. Powers, Appellant. — Judgment and order affirmed, with costs. Opinion by Follett, J.; Kennedy, J., not sitting.

Robert E. Phillips, Appellant, v. Thankful Calkins and another, Respondents. — Judgment affirmed, with costs. Opinion by Hardin, P. J., and Kennedy, J.

Cyrus C. Wilcox, Appellant, v. Thankful Calkins and another, Respondents. — Judgment affirmed, with costs. Memorandum by Hardin, P. J.

Homer C. Markham, Respondent, v. Alfred Dodge, Appellant. — Judgment of the County Court of Lewis county affirmed, with costs. Opinion by Follett, J.; Hardin, P. J., not voting.

Thomas Lacy, Respondent, v. Sophronia A. Getman, Appellant. — Judgment reversed and new trial ordered, with costs to abide event. — Opinion by Kennedy, J.; memorandum by Hardin, P. J.

In the Matter of the Probate of the Alleged Will of Jonathan Yates. — The decree of the surrogate of Jefferson county affirmed, with costs. Opinion by Hardin, P. J.

Mary L. Haberstro, Appellant, v. William B. Williams, Respondent, Impleaded, etc. — Order affirmed, with costs to abide the event. Opinion by Follett, J.

Eames Vacuum Brake Company, Respondent, v. The Rome, Watertown and Ogdensburgh Railroad Company, Appellant. — Judgment and order affirmed, with costs. Opinion by Hardin P. J.

Mary Finley, Respondent, v. Ann Finley, Appellant. — Judgment reversed, with costs and judgment ordered for the defendant, dismissing the complaint. Opinions by Follett, J., and Kennedy, J.; dissenting opinion by Hardin, P. J.,

Robert H. Doxtater, as Treasurer, Respondent, v. Christopher Suits, Jr., Appellant. — Order and taxation of costs modified as stated in the opinion of Kennedy, J., and as modified affirmed, with ten dollars costs and disbursements to the appellant against respondent. Order to be settled before Kennedy, J. Opinion by Kennedy, J.

John E. Knapp, Respondent, v. E. Frank Smith, Appellant. — Judgment reversed, and new trial ordered before another referee, with costs to abide the event. Opinion by Follett, J.

The Syracuse Savings Bank, Repondent, v. Dennis Hess and others, Appellants. — Judgment modified, by striking therefrom $34.66, and as modified affirmed, without costs to either party. Opinion by Follett, J.

Sweet Manufacturing Company, Appellant, v. Thaddeus Fairbanks and others, Respondents. — Judgment and order reversed, with costs, and judgment ordered overruling defendants demurrer, with costs, and leave given to answer upon payment of costs of the appeal and of the demurrer within twenty days. Opinion by Hardin P. J.

Fred Gaylord, by Guardian, Respondent, v. The Syracuse, Binghamton and New York Railroad Company, Appellant. — Judgment and order affirmed, with costs. Opinion by Follett, J.

Jessie A. Redfield, Appellant, v. Charles T. Redfield and others, Executors, Respondents. — Reargument ordered. Churchill, J., not sitting.

Patrick McGinniss, Respondent, v. Michael Murphy, Appellant. — Judgment and order of the Onondaga County Court affirmed, with costs. Opinion by Churchill, J.

Jane Tucker and others, Respondents, v. Joshua Mather, Appellant, Impleaded, etc. — Order affirmed, with ten dollars costs and disbursements. Opinion by Follett, J.

In the Matter of the Petition of E. H. & D. M. Cavin, Respondents, v. J. B. Gleason, as General Assignee, etc., Appellant. — Judgment and order affirmed, with costs. Opinion by Hardin, P. J.

Phillip Follice, Appellant, v. Nicholas Reed, Respondent. — Judgment reversed and new trial ordered, with costs to abide event. Opinion by Hardin, P. J.; Churchill, J., not sitting.

Eltis M. Jennings, Respondent, v. Roxanna Jennings, Appellant. — Judgment and order reversed and new trial ordered, costs to abide the event. Opinion by Follett, J.